## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHERINE LYNN HAMRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00201-EGL-NAD |
| | ) | |
| SHELBY COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 9, 2026, Plaintiff Katherine Lynn Hamrick filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and an application to proceed *in forma pauperis* (Doc. 2), which was granted on March 3, 2026 (Doc. 4). Plaintiff Hamrick was ordered to pay an initial partial filing fee of $34.67 to commence this action and to sign the enclosed Prisoner Consent Form and to return it to the Clerk of the Court, together with a check in the amount of the initial partial filing fee, made payable to "Clerk, United States District Court," within 30 days from the date of the March 3, 2026 order. Doc. 4. The order also notified Hamrick that failure to pay the initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1) within 30 days could result in dismissal of her complaint. Doc. 4 at 2.

On March 13, 2026, Hamrick returned her signed Prisoner Consent Form

1

(Doc. 6), but Hamrick did not pay the partial filing fee.  Consequently, a report was entered on May 20, 2026, recommending that the court dismiss this action based on Hamrick's failure to prosecute.  Doc. 9.

On June 3, 2026, Hamrick filed a motion for extension of time to pay her filing fee.  Doc. 10.  On June 11, 2026, Hamrick paid her initial partial filing fee. Accordingly, the report and recommendation entered on May 20, 2026 (Doc. 9), recommending dismissal of this action based on Hamrick's failure to prosecute, is **WITHDRAWN**.  Hamrick's motion for extension of time to pay her filing fee (Doc. 10) is **DENIED** as **MOOT**.

The Clerk is **DIRECTED** to serve a copy of this order on Plaintiff Hamrick.

**DONE** and **ORDERED** this June 23, 2026.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE

2